UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §2703(d) | MISC NO. 10GJ3793<br><br>1:11-DM-00003 |

**NOTICE OF MOTION**

Please take notice that on Friday, April 22, 2011 at 10:00 a.m., or on any other date that is convenient to the parties and the Court, Jacob Appelbaum, Birgitta Jonsdottir and Rop Gonggrijp will move this Court for hearing on their Objections to the March 11, 2011 Order Denying Motion to Vacate and Denying in Part Motion to Unseal.

1

| | |
|---|---|
| Dated:  March 25, 2011 | By:  /s/ Nina J. Ginsberg |

Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:     703.684.4333
Facsimile:      703.548.3181
Email:  nginsberg@dimuro.com

John D. Cline  (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:     415.322.8319
Facsimile:      415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:     415.322.8817
Facsimile:      415.888.2372
Email:  kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

| | |
|---|---|
| Dated:  March 25, 2011 | By:   /s/ John W. Keker  <br>John W. Keker (admitted *pro hac vice*)<br>Rachael E. Meny  (admitted *pro hac vice*)<br>Steven P. Ragland (admitted *pro hac vice*)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:        415).391.5400<br>Facsimile:         415).397.7188<br>Email:     jkeker@kvn.com<br>Email:     rmeny@kvn.com<br>Email:     sragland@kvn.com<br><br>John K. Zwerling, VSB No. 8201<br>Stuart Sears, VSB No. 71436<br>ZWERLING, LEIBIG & MOSELEY, P.C.<br>108 North Alfred Street<br>Alexandria, VA  22314<br>Telephone:        703.684.8000<br>Facsimile:         703.684.9700<br>Email:     JZ@Zwerling.com<br>Email:     Chris@Zwerling.com<br>Email:     Andrea@Zwerling.com<br>Email:     Stuart@Zwerling.com<br><br>**Attorneys for JACOB APPELBAUM** |

| | |
|---|---|
| Dated:  March 25, 2011 | By:  /s/ Cindy A. Cohn |

Cindy A. Cohn  (admitted *pro hac vice*)
Lee Tien  (admitted *pro hac vice*)
Kevin S. Bankston  (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:    415.436.9333 x108
Facsimile:     415 436.9993
Email:  cindy@eff.org
Email:  tien@eff.org
Email:  bankston@eff.org
Email:  marcia@eff.org

Aden J. Fine  (admitted *pro hac vice*)
Benjamin Siracusa-Hillman  (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:    212.549.2500
Facsimile:     212.549.2651
Email:  afine@aclu.org
Email:  bsiracusahillman@aclu.org

Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
    OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA  23219
Telephone:    804.644.8080
Facsimile:     804.649.2733
Email:  rglenberg@acluva.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
    & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone:    703.352.0100
Facsimile:     703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 25th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

       Tracy D. McCormick
       U.S. Attorney's Office
       2100 Jamieson Avenue
       Alexandria, VA  22314
       Telephone: 703-299-3175
       Email: tracy.mccormick@usdoj.gov

       John K. Zwerling, VSB No. 8201
       Stuart Sears, VSB No. 71436
       ZWERLING, LEIBIG & MOSELEY, P.C.
       108 North Alfred Street
       Alexandria, VA  22314
       Telephone: (703) 684-8000
       Facsimile: (703) 684-9700
       Email: JZ@Zwerling.com
       Email: Chris@Zwerling.com
       Email: Andrea@Zwerling.com
       Email: Stuart@Zwerling.com

       Rebecca K. Glenberg, VSB No. 44099
       AMERICAN CIVIL LIBERTIES UNION
          OF VIRGINIA FOUNDATION, INC.
       530 E. Main Street, Suite 310
       Richmond, Virginia 23219
       Telephone: (804) 644-8080
       Facsimile:  (804) 649-2733
       Email:  rglenberg@acluva.org

       Jonathan Shapiro
       GREENSPUN, SHAPIRO, DAVIS
          & LEARY, P.C.
       3955 Chain Bridge Road
       Second Floor
       Fairfax, VA 22030
       Telephone: (703) 352-0100
       Facsimile: (703) 591-7268
       Email: js@greenspunlaw.com

       John K. Roche
       Perkins Coie, LLP
       700 13th Street, N.W., Suite 600
       Washington, DC  20005
       Telephone: 202-654-6200
       Facsimile: 202-654-6211
       Email: jroche@perkinscoie.com

By:  /s/ Nina J. Ginsberg<br>
Nina J. Ginsberg, VSB No. 19472<br>
DIMUROGINSBERG, P.C.<br>
908 King Street, Suite 200<br>
Alexandria, VA 22314<br>
Phone: 703-684-4333<br>
Fax: 703-548-3181<br>
Email: nginsberg@dimuro.com
