IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C 2703(d) | ) ) ) ) | 1:11-DM-00003 |

## ORDER

This Court has considered the Motion for Leave to File Brief as *amici curiae* in support of petitioners' motion of objection in the above captioned matter (Dkt. No. 47), and accompanying memorandum. For good cause appearing, the motion is hereby GRANTED and the *amici curiae* are granted leave to file a brief.

April 1, 2011
Alexandria, VA

/s/
Liam O'Grady
United States District Judge