UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**AMENDED NOTICE OF MOTION**

Please take notice that on Friday, July 29, 2011 at 10:00 a.m., or on any other date that is convenient to the Court and the parties, real parties in interest Jacob Appelbaum, Birgitta Jonsdottir, and Rop Gonggrijp will move this Court for hearing on their Objections to the Magistrate's May 4, 2011 Order on Public Docketing.

Dated: June 21, 2011

By:  /s/ Rebecca K. Glenberg_____
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone:    804.644.8080
Facsimile:     804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
Benjamin Siracusa Hillman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:    212.549.2500
Facsimile:     212.549.2651
Email: afine@aclu.org
Email: bsiracusahillman@aclu.org

1

Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)
Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   415.436.9333 x108
Facsimile:   415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
   & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone:   703.352.0100
Facsimile:   703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

2

Dated: June 21, 2011					By: /s/ John K. Zwerling
							John K. Zwerling, VSB No. 8201
							Stuart Sears, VSB No. 71436
							ZWERLING, LEIBIG & MOSELEY, P.C.
							108 North Alfred Street
							Alexandria, VA 22314
							Telephone:	703.684.8000
							Facsimile:	703.684.9700
							Email: JZ@Zwerling.com
							Email: Chris@Zwerling.com
							Email: Andrea@Zwerling.com
							Email: Stuart@Zwerling.com

							John W. Keker (admitted *pro hac vice*)
							Rachael E. Meny (admitted *pro hac vice*)
							Steven P. Ragland (admitted *pro hac vice*)
							KEKER & VAN NEST LLP
							710 Sansome Street
							San Francisco, CA 94111-1704
							Telephone:	415.391.5400
							Facsimile:	415.397.7188
							Email: jkeker@kvn.com
							Email: rmeny@kvn.com
							Email: sragland@kvn.com

							**Attorneys for JACOB APPELBAUM**

Dated: June 21, 2011                By: /s/ Nina J. Ginsberg
                                                        Nina J. Ginsberg, VSB No. 19472
                                                        DIMUROGINSBERG, P.C.
                                                        908 King Street, Suite 200
                                                        Alexandria, VA 22314
                                                        Telephone:  703.684.4333
                                                        Facsimile:  703.548.3181
                                                        Email: nginsberg@dimuro.com

                                                        John D. Cline (admitted *pro hac vice*)
                                                        LAW OFFICE OF JOHN D. CLINE
                                                        115 Sansome Street, Suite 1204
                                                        San Francisco, CA 94104
                                                        Telephone:  415.322.8319
                                                        Facsimile:  415.524.8265
                                                        Email: cline@johndclinelaw.com

                                                        K.C. Maxwell (admitted *pro hac vice*)
                                                        LAW OFFICE OF K.C. MAXWELL
                                                        115 Sansome Street, Suite 1204
                                                        San Francisco, CA 94104
                                                        Telephone:  415.322.8817
                                                        Facsimile:  415.888.2372
                                                        Email: kcm@kcmaxlaw.com

                                                        **Attorneys for ROP GONGGRIJP**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of June, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Tracy D. McCormick
    Andrew Peterson
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: 703-299-3175
    Email: tracy.mccormick@usdoj.gov

    John K. Zwerling, VSB No. 8201
    Stuart Sears, VSB No. 71436
    ZWERLING, LEIBIG & MOSELEY, P.C.
    108 North Alfred Street
    Alexandria, VA 22314
    Telephone: (703) 684-8000
    Facsimile: (703) 684-9700
    Email: JZ@Zwerling.com
    Email: Stuart@Zwerling.com

    Jonathan Shapiro
    GREENSPUN, SHAPIRO, DAVIS
     & LEARY, P.C.
    3955 Chain Bridge Road
    Second Floor
    Fairfax, VA 22030
    Telephone: (703) 352-0100
    Facsimile: (703) 591-7268
    Email: js@greenspunlaw.com

    Nina J. Ginsberg, VSB No. 19472
    DIMUROGINSBERG, P.C.
    908 King Street, Suite 200
    Alexandria, VA 22314
    Telephone: 703.684.4333
    Facsimile: 703.548.3181
    Email: nginsberg@dimuro.com

        John K. Roche
        PERKINS COIE, LLP
        700 13th Street, N.W., Suite 600
        Washington, DC 20005
        Telephone: 202-654-6200
        Facsimile: 202-654-6211
        Email: jroche@perkinscoie.com

        Marvin David Miller
        1203 Duke Street
        The Gorham House
        Alexandria, VA 22314
        Telephone: (703) 548-5000
        Email: katherine@marvinmilleratlaw.com

I also certify that on this 21st day of June, 2011, I caused the following party to be served by first-class United States mail:

        Christopher Soghoian (*pro se)*
        Graduate Fellow, Center for Applied Cybersecurity Research
        Indiana University
        P.O. Box 2266
        Washington, DC 20013
        Telephone: 617-308-6368

        By: /s/ Rebecca K. Glenberg_____
        Rebecca K. Glenberg, VSB No. 44099
        AMERICAN CIVIL LIBERTIES UNION
          OF VIRGINIA FOUNDATION, INC.
        530 E. Main Street, Suite 310
        Richmond, VA 23219
        Telephone:  804.644.8080
        Facsimile:   804.649.2733
        Email: rglenberg@acluva.org